NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

LISA WOLMAN,

       Plaintiff,                            Civil Action No. 11-1623 (SDW)

v.

                                                **ORDER**

PETRO TECHNIK, INC.; et al.,

       Defendants.                          October 26, 2011

_____:

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

       This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline Cox Arleo ("Magistrate Judge Arleo"), filed on September 16, 2011. In the R&R, Magistrate Judge Arleo incorporates the reasons set forth on the record in the September 12, 2011 oral argument before her Honor. No objections to the R&R have been filed.

       The Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

       It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed September 16, 2011, incorporating the reasons set forth on the record on September 12, 2011, is **ADOPTED** as the conclusions of law of this Court.

It is **ORDERED** that plaintiff Lisa Wolman's motion to remand this action to the Superior Court of New Jersey, Law Division, Bergen County (Docket Entry 17), is **DENIED**;

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Judge Arleo
       Parties